Thomas E. Campagne, #065375
Campagne & Campagne
A Professional Corporation
Airport Office Center
1685 North Helm Avenue
Fresno, California 93727
Telephone: (559) 255-1637
Facsimile: (559) 252-9617
Email: tcampagne@campagnelaw.com

Attorneys for Defendant Cal Central Harvesting, Inc.

Kevin A. Lipeles, #244275
Thomas H. Schelly, #217285
LIPELES LAW GROUP, APC
880 Apollo Street, Suite 336
El Segundo, CA 90245
Telephone: (310) 322-2211
Email: kevin@kallaw.com

Attorneys for Plaintiff Julio Mayen

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| JULIO MAYEN, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CAL CENTRAL HARVESTING, INC., a California Corporation; and Does 1 through 100, inclusive,<br><br>　　　　　Defendant | Case No. 1:21-cv-00145-AWI-JLT<br><br>**STIPULATION OF ALL PARTIES TO RESCHEDULE THE 4/29/2021 MANDATORY SCHEDULING CONFERENCE**<br><br>**AND**<br><br>**[PROPOSED] ORDER** |

\\\

\\\

\\\

\\\

\\\

CAMPAGNE & CAMPAGNE
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637
FAX (559) 252-9617

STIPULATION OF ALL PARTIES TO RESCHEDULE THE 4/29/2021 MANDATORY SCHEDULING CONFERENCE AND [PROPOSED] ORDER

**TO THE HONORABLE MAGISTRATE JENNIFER L. THURSTON AND TO ALL PARTIES OF RECORD:**

Please be advised that Plaintiff Julio Mayen <u>and</u> Defendant Cal Central Harvesting, Inc., (the only parties in this litigation), by and through their counsel of record, have stipulated that the Court should please reschedule the Mandatory Scheduling Conference which is currently set for April 29, 2021 to at least three months later at a time convenient for the Magistrate. This request is made by all parties of record due to the press of business of counsel.

Dated:   April 26, 2021                    Respectfully submitted,

                                           Lipeles Law Group, APC

                                           By _____/s/_____
                                               Kevin A. Lipeles
                                           Attorneys for Plaintiff Julio Mayen

Dated:   April 26, 2021                    Respectfully submitted,

                                           Law Firm of Campagne & Campagne
                                           A Professional Corporation

                                           By _____/s/_____
                                               Thomas E. Campagne
                                           Attorneys for Defendant Cal Central Harvesting, Inc.

**ORDER**

Based upon the stipulation of the parties, the scheduling conference is continued July 23, 2021 at 8:30 a.m. Counsel are advised that the Court will not again continue the scheduling conference unless they demonstrate good cause. The busy schedule of counsel will not suffice in future.

IT IS SO ORDERED.

Dated:   **April 26, 2021**                _ /s/ Jennifer L. Thurston_
                                           CHIEF UNITED STATES MAGISTRATE JUDGE

CAMPAGNE & CAMPAGNE
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637
FAX (559) 252-9617

STIPULATION OF ALL PARTIES TO RESCHEDULE THE 4/29/2021 MANDATORY SCHEDULING CONFERENCE AND [PROPOSED] ORDER

Page 2